# EXHIBIT A



# Notice of Service of Process

**MD4 / ALL**
Transmittal Number: 16500721
Date Processed: 04/13/2017

| | |
|---|---|
| **Primary Contact:** | Stevi Honaker<br>Volkswagen Group of America, Inc.<br>2200 Ferdinand Porsche Drive<br>Herndon, VA 20171-5884 |
| **Entity:** | Volkswagen Group of America, Inc.<br>Entity ID Number  0456194 |
| **Entity Served:** | Volkswagen Group of America, Inc. |
| **Title of Action:** | Lacy Faddoul vs. Volkswagen Group of America, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Violation of State/Federal Act |
| **Court/Agency:** | Orange County Superior Court, California |
| **Case/Reference No:** | 30-2017-00912409-CU-BC-CJC |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 04/12/2017 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Ashley L. Arnett<br>310-556-7900 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscglobal.com

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:** VOLKSWAGEN GROUP OF AMERICA, INC.;
*(AVISO AL DEMANDADO):* AUDI SOUTH COAST; AND DOES 1-100, INCLUSIVE

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**04/05/2017** at 12:19:00 PM

Clerk of the Superior Court
By Alexander Morgan, Deputy Clerk

**YOU ARE BEING SUED BY PLAINTIFF:** LACY FADDOUL
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California
Central Justice Center
700 Civic Center Drive West
Santa Ana, California 92701

**CASE NUMBER:**
30-2017-00912409-CU-BC-CJC

Judge Derek W. Hunt

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Moses Lebovits, Esq., State Bar No. 66552        S. Scott West, Esq., TB#21206920      310-556-7900         310-556-2807 Fax
DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS, LLP    THE WEST LAW FIRM       281-277-1500         281-277-1505 Fax
1801 Century Park East, 9th Floor                1600 Highway Six, Suite 450
Los Angeles, California 90067                    Sugar Land, Texas 77448

DATE:  04/05/2017  DAVID H. YAMASAKI, Clerk of the Court        Clerk, by *Alexander Morgan*, Deputy
*(Fecha)*                                                        *(Secretario)*                      *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: Volkswagen Group of America, Inc.
   under:  ☒ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
           ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

Exhibit A, Page 8

F:\ALA\PLDG\7464-024.POS re VW of America.docx

DANIELS, FINE, ISRAEL,
SCHONBUCH & LEBOVITS, LLP
1801 CENTURY PARK EAST, NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (310) 556-7900
FACSIMILE (310) 556-2807
Moses Lebovits, State Bar No. 66552
Ashley L. Arnett, State Bar No. 299137

THE WEST LAW FIRM
1600 HIGHWAY SIX, SUITE 450
SUGAR LAND, TEXAS 77448
TELEPHONE (281) 277-1500
FACSIMILE (281) 277-1505
S. Scott West, Texas Bar No. 21206920

Attorneys For Plaintiff LACY FADDOUL

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**04/24/2017** at 02:55:00 PM

Clerk of the Superior Court
By e Clerk, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| LACY FADDOUL,<br><br>    Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.; AUDI SOUTH COAST; AND DOES 1-100, INCLUSIVE<br><br>    Defendants. | Case No. 30-2017-00912409-CU-BC-CJC<br><br>PROOF OF SERVICE RE DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC. |

1

PROOF OF SERVICE RE DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.

Exhibit A, Page 9

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>MOSES LEBOVITS, (SBN 66552)<br>ASHLEY L. ARNETT, (SBN 299137)<br>DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS, LLP<br>1801 CENTURY PARK EAST, NINTH FLOOR<br>LOS ANGELES, CALIFORNIA 90067 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (310) 556-7900   FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): PLAINTIFF LACY FADDOUL | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SANTA ANA, CA 92701<br>BRANCH NAME: CENTRAL JUSTICE CENTER | |
| PLAINTIFF/PETITIONER: LACY FADDOUL<br>DEFENDANT/RESPONDENT: VOLKSWAGEN GROUP OF AMERICA, INC., ET AL. | CASE NUMBER:<br>30-2017-00912409-CU-BC-CJC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: 1011238JG |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of :
   - a. ☒ Summons
   - b. ☒ Complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   - e. ☐ cross-complaint
   - f. ☐ other *(specify documents):*

3. a. Party served: *(specify name of party as shown on documents served):*
   VOLKSWAGEN GROUP OF AMERICA, INC.
   b. Person served (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a):*
   BECKY DEGEORGE, PROCESS SPECIALIST FOR CSC LAWYERS (REGISTERED AGENT FOR SERVICE OF PROCESS)

4. Address where the party was served: 2710 GATEWAY OAKS DRIVE, SUITE 150N
   SACRAMENTO, CA 95833

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* APRIL 12, 2017   (2) at: *(time)* 2:52PM

   b. ☐ **by substituted service.** On *(date):*          at: *(time)*          . I left the documents listed in item 2 with or in the presence of (name and title or relationship to the person indicated in item 3):
   - (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   - (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):          (city):          or ☐ a declaration of mailing is attached.
   - (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure § 417.10

Exhibit A, Page 10

| PLANTIFF/PETITIONER: LACY FADDOUL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: VOLKSWAGEN GROUP OF AMERICA, INC., ET AL. | 30-2017-00912409-CU-BC-CJC |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) (date):               (1) (city):

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** (specify means of service and authorizing code section):
        ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☐ as an individual defendant
    b. ☐ as the person sued under the fictitious name of (specify):
    c. ☒ on behalf of (specify): VOLKSWAGEN GROUP OF AMERICA, INC.
        under the following Code of Civil Procedure section:
        ☒ 416.10 (corporation)                      ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)                       ☐ 415.46 (occupant)
                                                             ☐ other:

7. **Person who served papers**
    a.  Name: ROBERT J. MASON
    b.  Address: **800 W. 1ST STREET, SUITE 200-B**
        **LOS ANGELES, CALIFORNIA 90012**
    c.  Telephone number: **(213) 607-9000**
    d.  The fee for service was: $
    e.  I am:
        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☒ registered California process server:
            (i)  ☐ owner  ☐ Employee  ☒ independent contractor.
            (ii) ☒ Registration No.:03-007
            (iii) ☐ County: PLACER

USA Legal Network

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Or
9. ☐ I am a California sherif or marshal and I certify that the foregoing is true and correct.

Date: APRIL 18, 2017

ROBERT J. MASON                                                             */s/*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)        (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure § 417.10 |
|---|---|---|

| | SUM-100 |
|---|---|
| # SUMMONS<br>*(CITACION JUDICIAL)* | **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)* |
| **NOTICE TO DEFENDANT:** VOLKSWAGEN GROUP OF AMERICA, INC.;<br>*(AVISO AL DEMANDADO):* AUDI SOUTH COAST; AND DOES 1-100,<br>INCLUSIVE | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br>**04/05/2017** at 12:19:00 PM<br>Clerk of the Superior Court<br>By Alexander Morgan, Deputy Clerk |
| **YOU ARE BEING SUED BY PLAINTIFF:** LACY FADDOUL<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* | |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California<br>Central Justice Center<br>700 Civic Center Drive West<br>Santa Ana, California 92701 | CASE NUMBER:<br>30-2017-00912409-CU-BC-CJC<br><br>Judge Derek W. Hunt |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Moses Lebovits, Esq., State Bar No. 66552   S. Scott West, Esq., TB#21206920   310-556-7900   310-556-2807 Fax
DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS, LLP   THE WEST LAW FIRM   281-277-1500   281-277-1505 Fax
1801 Century Park East, 9th Floor   1600 Highway Six, Suite 450
Los Angeles, California 90067   Sugar Land, Texas 77448

DATE: 04/05/2017   DAVID H. YAMASAKI, Clerk of the Court   Clerk, by *Alexander Morgan*, Deputy
*(Fecha)*   *(Secretario)*   *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* AUDI SOUTH COAST

under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☒ other *(specify):* 415.95 Form of business unknown

4. ☒ by personal delivery on *(date):* 4-14-17

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Legal<br>Solutions<br>Plus | Code of Civil Procedure §§ 412.20, 465 |

Exhibit A, Page 12

F:\ALA\PLDG\7464-024.POS re Audi South Coast.docx

DANIELS, FINE, ISRAEL,
SCHONBUCH & LEBOVITS, LLP
1801 CENTURY PARK EAST, NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (310) 556-7900
FACSIMILE (310) 556-2807

Moses Lebovits, State Bar No. 66552
Ashley L. Arnett, State Bar No. 299137

THE WEST LAW FIRM
1600 HIGHWAY SIX, SUITE 450
SUGAR LAND, TEXAS 77448
TELEPHONE (281) 277-1500
FACSIMILE (281) 277-1505

S. Scott West, Texas Bar No. 21206920

Attorneys For Plaintiff LACY FADDOUL

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**04/24/2017** at 02:55:00 PM

Clerk of the Superior Court
By e Clerk, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| LACY FADDOUL,<br><br>　　　Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.; AUDI SOUTH COAST; AND DOES 1-100, INCLUSIVE<br><br>　　　Defendants. | Case No. 30-2017-00912409-CU-BC-CJC<br><br>PROOF OF SERVICE RE DEFENDANT AUDI SOUTH COAST |

1

PROOF OF SERVICE RE DEFENDANT AUDI SOUTH COAST

Exhibit A, Page 13

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>MOSES LEBOVITS, (SBN 66552)<br>ASHLEY L. ARNETT, (SBN 299137)<br>DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS, LLP<br>1801 CENTURY PARK EAST, NINTH FLOOR<br>LOS ANGELES, CALIFORNIA 90067<br>TELEPHONE NO.: (310) 556-7900   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF LACY FADDOUL | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SANTA ANA, CA 92701<br>BRANCH NAME: CENTRAL JUSTICE CENTER | |
| PLAINTIFF/PETITIONER: LACY FADDOUL<br><br>DEFENDANT/RESPONDENT: VOLKSWAGEN GROUP OF AMERICA, INC., ET AL. | CASE NUMBER:<br>30-2017-00912409-CU-BC-CJC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: 1011237JG |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of :
   - a. ☒ Summons
   - b. ☒ Complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet (served in complex cases only)
   - e. ☐ cross-complaint
   - f. ☐ other (specify documents):

3. a. Party served: (specify name of party as shown on documents served):
   AUDI SOUTH COAST
   b. Person served (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)(specify name and relationship to the party named in item 3a):

4. Address where the party was served: 1425 AUTO MALL DRIVE
   SANTA ANA, CA 92705

5. I served the party (check proper box)
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):   (2) at: (time)

   b. ☒ **by substituted service.** On (date): APRIL 14, 2017   at: (time) 10:22AM . I left the documents listed in item 2 with or in the presence of (name and title or relationship to the person indicated in item 3): PAUL SHIN, SALES MANAGER
   - (1) ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   - (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   - (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):   (city):   **or** ☒ a declaration of mailing is attached.
   - (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure § 417.10 |
|---|---|---|

Exhibit A, Page 14

| PLANTIFF/PETITIONER: LACY FADDOUL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: VOLKSWAGEN GROUP OF AMERICA, INC., ET AL. | 30-2017-00912409-CU-BC-CJC |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) (date):               (1) (city):
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** (specify means of service and authorizing code section):
        ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☒ on behalf of (specify): AUDI SOUTH COAST
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)           ☒ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)           ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a.  Name: ANTHONY ARCHE
   b.  Address: 800 W. 1ST STREET, SUITE 200-B LOS ANGELES, CALIFORNIA 90012
   c.  Telephone number: (213) 607-9000
   d.  The fee for service was: $
   e.  I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
          (i) ☐ owner  ☐ Employee  ☒ independent contractor.
          (ii) ☒ Registration No.: PSC-2770
          (iii) ☒ County: ORANGE

USA Legal Network

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      Or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: APRIL 18, 2017

ANTHONY ARCHE
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

(SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure § 417.10

Exhibit A, Page 15

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number & Address):<br>MOSES LEBOVITS, (SBN 66552)<br>ASHLEY L. ARNETT, (SBN 299137)<br>DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS, LLP<br>1801 CENTURY PARK EAST, NINTH FLOOR<br>LOS ANGELES, CALIFORNIA 90067<br><br>ATTORNEY FOR (Name): PLAINTIFF LACY FADDOUL | TELEPHONE NO.:<br>(310) 556-7900<br><br>TRACKING NO.:<br>1011237JG | FOR COURT USE ONLY |
|---|---|---|
| NAME OF COURT & DISTRICT/BRANCH, IF ANY:<br>ORANGE COUNTY SUPERIOR COURT OF CALIFORNIA - CENTRAL JUSTICE CENTER ||||
| SHORT TITLE OF CASE:<br>LACY FADDOUL VS VOLKSWAGEN GROUP OF AMERICA, INC., ET AL. ||||

| **DECLARATION OF MAILING** | HEARING DATE: | TIME: | DEPT./DIV.: | CASE NUMBER:<br>30-2017-00912409-CU-BC-CJC |
|---|---|---|---|---|

At the time of service attempt(s), I was at least 18 years old and not a party to the above noted action

1. I served the:
   a. documents: **SUMMONS; COMPLAINT**

   b. on (name): AUDI SOUTH COAST

   c. address: 1425 AUTO MALL DRIVE
              SANTA ANA, CA 92705

   d. by mailing
      1. date: APRIL 17, 2017
      2. from: LOS ANGELES, CA

2. Manner of service:
   ☒ FIRST CLASS, POSTAGE PREPAID MAILING
   ☐ CERTIFIED    ☐ NOT CERTIFIED

3. At the time of service I was at least 18 years old and not a party to the action.

Process Server:
CARLOS SANZ
800 W. 1ST St., Suite 200-B
Los Angeles, CA  90012
(213) 607-9000

☒ Not A Registered California Process Server
☐ Registered California Process Server
☐ Registration No.:
☐ County:
☐ Fee for service: $

USA Legal Network

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on :

Date: APRIL 18, 2017            Signature _____

Exhibit A, Page 16